IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-521-FDW-DCK

| | |
|---|---|
| HOPE EDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, HOMELAND HOUSEWARES, LLC, CALL TO ACTION, LLC, and NUTRILIVING, LLC, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 13) filed by Marcus S. McGee, concerning Bettina C. Altizer on November 6, 2018. Bettina C. Altizer seeks to appear as counsel *pro hac vice* for Plaintiff Hope Edge. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 13) is **GRANTED.** Bettina C. Altizer is hereby admitted *pro hac vice* to represent Plaintiff Hope Edge.

**SO ORDERED**.

Signed: November 6, 2018

David C. Keesler
United States Magistrate Judge